# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON PHARMACEUTICALS, LTD. and ALCON RESEARCH, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-293-SLR ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF FIRM

PLEASE TAKE NOTICE that the attorneys John L. North, Jeffrey J. Toney, Norman E.B. Minnear, and Jonathan K. Waldrop, counsel for Defendants Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. in this matter, have changed their firm affiliation from Sutherland Asbill & Brennan LLP to the following:

John L. North
Jeffrey J. Toney
Norman E.B. Minnear
Jonathan K. Waldrop
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 Peachtree St., N.E.
Suite 1150
Atlanta, Georgia 30309
Tel: (404) 260-6080
Fax: (404) 260-6081
jnorth@kasowitz.com
jtoney@kasowitz.com
jminnear@kasowitz.com
jwaldrop@kasowitz.com
courtnotices@kasowitz.com

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By:  /s/ David E. Moore |
| | Richard L. Horwitz (#2246) |
| John L. North | David E. Moore (#3983) |
| Jeffrey J. Toney | Hercules Plaza, 6th Floor |
| Norman E.B. Minnear | 1313 N. Market Street |
| Jonathan K. Waldrop | Wilmington, DE  19801 |
| KASOWITZ, BENSON, TORRES & | Tel:  (302) 984-6000 |
| FRIEDMAN LLP | rhorwitz@potteranderson.com |
| 1360 Peachtree St., N.E. | dmoore@potteranderson.com |
| Suite 1150 | |
| Atlanta, Georgia 30309 | *Attorneys for Defendants Watson* |
| Tel:  (404) 260-6080 | *Laboratories, Inc., Watson Pharmaceuticals,* |
| Fax:  (404) 260-6081 | *Inc., and Watson Pharma, Inc.* |
| jnorth@kasowitz.com | |
| jtoney@kasowitz.com | |
| jminnear@kasowitz.com | |
| jwaldrop@kasowitz.com | |
| courtnotices@kasowitz.com | |

Dated: May 11, 2011
 1012485/ 36787

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on May 11, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 11, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Rodger D. Smith, II, Esq.<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Bruce R. Genderson, Esq.<br>Adam L. Perlman, Esq.<br>David I. Berl, Esq.<br>Scott K. Dasovich, Esq.<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>bgenderson@wc.com<br>aperlman@wc.com<br>dberl@wc.com<br>sdasovich@wc.com |

        By:   */s/ David E. Moore*
               Richard L. Horwitz
               David E. Moore
               POTTER ANDERSON & CORROON LLP
               Tel: (302) 984-6000
               rhorwitz@potteranderson.com
               dmoore@potteranderson.com

1010952/36787