IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON PHARMACEUTICALS, LTD. and ALCON RESEARCH, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-293 (SLR) |
| WATSON LABORATORIES INC., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS
TO ANSWER OR OTHERWISE RESPOND TO
<u>WATSON LABORATORIES, INC.'S COUNTERCLAIMS</u>**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiffs Alcon Pharmaceuticals, Ltd. and Alcon Research, Ltd. to answer or otherwise plead in response to the Counterclaims of Watson Laboratories, Inc. is extended until June 13, 2011.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Rodger D. Smith (#3778) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | rhorwitz@potteranderson.com |
| rsmith@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Alcon Pharmaceuticals, Ltd. and Alcon Research, Ltd.* | *Attorneys for Defendants Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc.* |

**SO ORDERED** this ___ day of _____, 2011.


_____
U.S.D.J.